BRACHFELD AND SHEPPARD
ATTORNEY FOR THE PLAINTIFF
23586 CALABASAS RD, SUITE 103
CALABASAS, CA 91302
818-222-2868
Attorneys for the Plaintiff

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, Plaintiff | COURT NO: 91-A-10358 |
| v. | DEFAULT JUDGMENT |
| MARTHA CONNOR Defendant(s) | |

In the above-entitled action, an affidavit on behalf of the plaintiff satisfying the requirements of Rule 55 having been filed;

IT IS ADJUDGED that the United States of America, plaintiff, do have and recover of and from

the sum of $2,669.29 as principal, $601.95 as accrued prejudgment interest, $140.00 administrative charges, and $39.00 costs, plus $466.92 attorney fees for a total amount of $3,917.16, plus interest at the current rate until entry of judgment.

Judgment to accrue interest at the legal rate until paid.

DATED: OCT 24 1991

LEONARD A. BROSNAN, CLERK
U.S. District Court
Central District of California

By: _____
Deputy Clerk